UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| RICHIE RIDDLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:22-cv-00039-SEB-TAB |
| | ) | |
| FERGUSON CONSTRUCTION CO. - INDIANA, | ) ) | |
| | ) | |
| Defendant. | ) | |

**The Honorable Sarah Evans Barker, Judge**
**Entry for April 19, 2022**

This cause is hereby ASSIGNED for final pretrial conference on Tuesday, September 5, 2023, at 2:00 p.m. in Room 216 of the United States Courthouse in Indianapolis, Indiana and for jury trial on Monday, September 18, 2023, at 9:30 a.m. in Room 216 of the United States Courthouse in Indianapolis, Indiana.

Distribution:

Blake J. Burgan
TAFT STETTINIUS & HOLLISTER LLP (Indianapolis)
bburgan@taftlaw.com

Kristine Anne Gordon
TAFT STETTINIUS & HOLLISTER LLP (Indianapolis)
kgordon@taftlaw.com

John H. Haskin
JOHN H. HASKIN & ASSOCIATES, LLC
jhaskin@jhaskinlaw.com

Paul Anthony Logan
JOHN H. HASKIN & ASSOCIATES, LLC
plogan@jhaskinlaw.com