UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RICHIE RIDDLE, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Case No. 1:22-cv-00039-SEB-TAB |
|  | ) |
| FERGUSON CONSTRUCTION CO. - INDIANA, | ) |
|  | ) |
| Defendant. | ) |

**PLAINTIFF'S PRELIMINARY WITNESS & EXHIBIT LIST**

Plaintiff, Richie Riddle, by counsel, respectfully submits the following lists of witnesses and exhibits that he may rely upon at the trial of this matter other than witnesses and exhibits that will be used solely for purposes of impeachment or rebuttal.

### I.  WITNESSES

1. Plaintiff
2. Clay Smith
3. Duane Deal
4. Spencer Randall
5. Jane Robison
6. Greg Sutton
7. Tom Bergman
8. Brad Sharp
9. Gary Engleking,
10. Jason Lindeman

11. Brad Sharp

12. Joe Bastian

13. Scott Dunham

14. Wes Walker

15. Garrett Acton

16. Darrien Nickerson

17. Plaintiff may rely upon similarly-situated employees for Defendant's treatment of them;

18. All persons identified in Defendant's initial disclosures and Defendant's Witness Lists; and

19. Individuals identified through further investigation or discovery.

In the event that it is subsequently determined that other or additional witnesses will be called by Plaintiff, other than for purposes of impeachment or rebuttal, Defendant will be so advised. Plaintiff hereby reserves the right to add to or otherwise amend this list of witnesses for any appropriate reason.

## II. EXHIBITS

1. Documents regarding Plaintiff's employment and performance at Defendant;

2. Documents regarding Defendant's decision to terminated Plaintiff;

3. Documents produced to and/or received from the Equal Employment Opportunity Commission relating to Plaintiff's Charges of Discrimination;

4. Documents concerning Plaintiff's damages;

5. Documents regarding Plaintiff's disability;

6. Documents regarding Plaintiff's FMLA leave;

7. Documents relating to Defendant's employment policies and procedures;

8. Documents produced by Defendant to Plaintiff and/or by Plaintiff to Defendant as part of the discovery process;

9. Documents, including personnel files, of employees similarly situated to Plaintiff.

10. Documents identified in Defendant's initial disclosures or Defendant's exhibit lists.

In the event that it is subsequently determined that other or additional exhibits will be offered by Plaintiff, other than for purposes of impeachment or rebuttal, Defendant will be so advised. Plaintiff hereby reserves the right to add to or otherwise amend this list of exhibits after the completion of Discovery or for any appropriate reason.

Respectfully submitted,
JOHN H. HASKIN & ASSOCIATES

*/s/ Paul A. Logan*
John H. Haskin
Paul A. Logan
Attorneys for Plaintiff, Richie Riddle

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2022, the foregoing document was filed electronically. Notice of this filing will be sent to counsel by operation of the Court's electronic filing system.

Blake J. Burgan          bburgan@taftlaw.com
Kristine A. Gordon       kgordon@taftlaw.com
Taft Stettinius & Hollister LLP

*s/ Paul A. Logan*
Paul A. Logan

JOHN H. HASKIN & ASSOCIATES
255 North Alabama Street, 2nd Floor
Indianapolis, Indiana  46204
Telephone:    (317)955-9500
Facsimile:    (317)955-2570